UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
v. ) 08 CR 0029
SHAMARE A. SHELTON ) Magistrate Judge Morton Denlow

**FILED** JAN 11 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

## AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDING

I, Gregory Thiel, personally appearing before United States Magistrate Judge Morton Denlow, and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that a warrant for the arrest of Shamare A. Shelton has been issued by the Clerk of the United States District Court for the Northern District of Alabama. I have been informed that this warrant was issued in Alabama, on January 3, 2008 in the case of United States v. Shamare A. Shelton, 5:07-CR-282-RDP-HGD (Northern District of Alabama), for the offense of violation of conditions of pretrial release. A copy of the warrant is attached as government exhibit A.

_____
Gregory Thiel
Deputy United States Marshal

SUBSCRIBED AND SWORN to before me
this 11th day of January 2008.

_____
Morton Denlow
United States Magistrate Judge

AO 442 (Rev. 10/07) Warrant for Arrest

USMS WARRANT #
0801-0103-0611-B
FID # 1430298
JLP

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

UNITED STATES OF AMERICA

V.

SHAMARE A. SHELTON

**WARRANT FOR ARREST**

Case Number: 5:07-CR-282-RDP-HGD

RECEIVED
U.S. MARSHAL'S SERVICE
NORTHERN DISTRICT
OF ALABAMA
2008 JAN -3 PH 5:56

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Shamare A Shelton
                                        Name
                                        Street, Chicago, Illinois 60643
                                        Address

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court

X Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with (brief description of offense)
**Illegal use of marijuana and threat to fail to appear for sentencing.**

☐ in violation of Title _____ United States Code, Sections(s) _____

X in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

SHARON N. HARRIS
Name of Issuing Officer

H. Bagby
Signature of Issuing Officer    By: Deputy Clerk

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

1/3/2008
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**GOVERNMENT EXHIBIT A**