

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 29 - 1 | **DATE** | 1/11/2008 |
| **CASE TITLE** | USA vs. Shamare Shelton | | |

### DOCKET ENTRY TEXT

Initial appearance proceedings held. Defendant appears in response to arrest on 1/11/08. Defendant informed of rights. Enter order appointing Paul Flynn to represent defendant. Defendant waives his right to an identity hearing. Detention hearing held. Defendant ordered released on a $4,500.00 own recognizance bond on the condition that he report for a continued bond hearing set for 1/14/08 at 2:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | DK |
|---|---|---|