## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 29 - 1 | **DATE** | 1/14/2008 |
| **CASE TITLE** | USA vs. Shamare Shelton | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant ordered removed to the Northern District of Alabama for further proceedings.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:19

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|