


**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

January 24, 2008

Ms. Sharon Harris
Clerk
United States District Court
140 Hugo L. Black
 United States Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000



RE: U.S.A. vs. Shamare Shelton
Case No: 08cr29-1

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(X) Docket Sheet                          ( ) Temporary Commitment

(x) Affidavit in Removal Proceedings       ( ) Final Commitment

(x) Financial Affidavit                    (x) Order of Removal

(x) Order appointing counsel               (x) Order setting conditions of release

( ) CJA 20 Form                            ( ) Detention Order

( ) Appearance form                        (x) Appearance Bond

( ) Other                                  ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: _____
Ellenore Duff, Deputy Clerk