



MHW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

COPY RECEIVED

08 JAN 31 AM 11: 25

U.S. DISTRICT COURT
N.D. OF ALABAMA

January 24, 2008

Ms. Sharon Harris
Clerk
United States District Court
140 Hugo L. Black
  United States Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

ND/AL
5:07-CR-282-RDP-HGD

RE: U.S.A. vs. Shamare Shelton
Case No: 08cr29-1

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(X) Docket Sheet                              ( ) Temporary Commitment

(x) Affidavit in Removal Proceedings         ( ) Final Commitment

(x) Financial Affidavit                       (x) Order of Removal

(x) Order appointing counsel                  (x) Order setting conditions of release

( ) CJA 20 Form                               ( ) Detention Order

( ) Appearance form                           (x) Appearance Bond

( ) Other                                     ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

FILED
2-5-2008
FEB - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: _____
Ellenore Duff, Deputy Clerk